UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>1633 HOLLY LANE, EAST WENATCHEE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>  Defendant. | NO. CV-09-391-EFS<br><br>**ORDER UNSTAYING CASE, GRANTING USAO'S MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE, AND CLOSING THE FILE** |

Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion for Entry of the Final Order of Forfeiture, ECF No. 54. The USAO seeks entry of a final order of forfeiture in the above-captioned matter, pursuant to the parties' Settlement Agreement and Stipulation for Order of Forfeiture of Substitute Res, ECF No. 40. Claimant Altagracia Moreno does not oppose the motion.

The USAO filed a Verified Complaint for Forfeiture In Rem on December 29, 2009, alleging that the defendant property was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1. The defendant real property is located at 1633 Holly Lane, East Wenatchee, Washington, and is legally described in the Verified Complaint for Forfeiture In Rem, ECF No. 1. The above court has jurisdiction over

ORDER * 1

this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

On February 24, 2010, Altagracia Moreno ("Claimant Moreno") filed a claim.  ECF No. 7.  She filed an answer on March 4, 2010.  ECF No. 8. On March 18, 2010, the U.S. Marshals Service posted notice of this forfeiture action as noted on form USM-285 filed herein.  ECF No. 49.  On March 30, 2010, JP Morgan Chase Bank, N.A. ("Claimant Chase") filed a claim and answer.  ECF No. 10.  The United States and Claimant Chase subsequently entered into an Expedited Settlement Agreement, regarding Claimant Chase's interest in the Defendant real property.  ECF No. 25.

On June 23, 2010, upon joint motion of the USAO and Claimants Moreno and Chase, the Court stayed this matter pending the resolution of the related federal criminal case, *United States v. Bernave Moreno-Carrasco*, No. CR-09-2110-WFN (E.D. Wash. filed Dec. 8, 2009).  ECF No. 20. Approximately ten months later, on April 19, 2011, Judge Wm. Fremming Nielsen entered judgment in that related criminal case, which included forfeiture of Bernave Moreno-Carrasco's interest in the Defendant real property in this action.  ECF No. 668.  Although the instant case has proceeded since that time, the stay was never lifted.  Accordingly, the Court now lifts its earlier stay *nunc pro tunc* to April 19, 2011, the date Judge Nielsen entered judgment in the related criminal case.

On July 24, 2012, the USAO filed and served a Notice of Motion for Default upon Bernave Moreno Carrasco.  ECF No. 45.  On August 9, 2012, the United States filed and served a Motion for Entry of Default as to Bernave Moreno Carrasco.  ECF No. 46.  On August 10, 2012, a Clerk's Order of Default was entered as to Bernave Moreno Carrasco.  ECF No. 48.

ORDER ~ 2

In a Settlement Agreement and Stipulation for Order of Forfeiture of Substitute Res, filed on December 29, 2011, ECF No. 40, Claimant Altagracia Moreno, agreed to the forfeiture of half of the net sale proceeds as substitute *res* in lieu of forfeiture of the Defendant real property, after payment of expenses to include Claimant Chase's lien on the Defendant real property. Claimant Moreno also agreed in the settlement agreement and stipulation to the entry of an order of forfeiture forfeiting the substitute *res* to the United States, without further notice or hearing. *Id.*

On October 19, 2012, a Notice of Receipt of Substitute *Res* was filed indicating that on or about September 18, 2012, the U.S. Marshals Service received funds in the amount of $59,084.32, which represents half of the net proceeds from the sale of the Defendant real property. ECF No. 53.

It appears to the Court that USAO and Claimant Moreno have stipulated to the forfeiture of substitute *res* in lieu of forfeiture of the Defendant real property, and the agreed-upon substitute *res* has been provided to the United States. It also appears that there are no additional timely claims against the Defendant real property. Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to enter a final order of forfeiture.

Accordingly, **IT IS HEREBY ORDERED:**

1. The stay of this matter, which the Court previously imposed on June 23, 2010, ECF No. 20, is hereby **LIFTED** *nunc pro tunc* to April 19, 2011.

//

ORDER ∗ 3

2. The USAO's Motion for Entry of the Final Order of Forfeiture, **ECF No. 54**, is **GRANTED.**

3. The substitute *res*, in the amount of $59,084.32, is hereby forfeited to the United States.

4. The U.S. Marshals Service shall dispose of the substitute *res* in accordance with the law.

5. This Clerk's Office shall **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and distribute copies to counsel.

**DATED** this 29th day of October 2012.

        s/Edward F. Shea
        EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2009\391.forfeit.close.lc2.wpd

ORDER * 4